BEFORE THE FIRST DIVISION, OCTOBER 19, 1944

**No. 49766.**—Petitions 6384–R, etc., of Sitroux Co., Inc. (Rochester).

Opinion by OLIVER, P. J. From the testimony of the bookkeeper for the petitioning company and the admission of counsel for the Government the court was of the opinion that the petitioner had done everything possible to ascertain the correct dutiable value of the hair nets in question. From an examination of the entire record the court was satisfied that there was no intent to defraud the revenue of the United States or to conceal or misrepresent the facts. The petitions were therefore granted.

**No. 49767.**—Petition 6299–R of Baker, Carver & Morrell Ship Supplies, Inc. (New York).

Opinion by OLIVER, P. J. It appeared from the testimony that a controversy arose as to the proper discount applicable to the merchandise herein, and the petitioner selected the entry herein in order to present it as a test case. The merchandise was appraised on the basis of foreign-market value which was list price, less 12½ percent trade discount and 2½ percent cash discount. The importer claimed the invoice or list prices, less 50 percent discount. From an examination of the entire record the court was satisfied that there was no intent to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.